[No. 15366-1-II. Division Two. October 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam
County, No. 91-1-00089-1, Gary W. Velie, J., entered October
4, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro
Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 16003-0-II. Division Two. October 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TINA
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 91-1-00594-7, James E. Warme, J., entered April
23, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro
Tem., concurred in by Alexander, C.J., and Morgan, J.

[No. 16415-9-II. Division Two. October 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES A.
CHENETTE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skama-
nia County, No. 92-1-00023-5, Ted Kolbaba, J., entered
August 27, 1992. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 29106-8-I. Division One. November 1, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL B.
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 87-1-01095-8, Robert C. Bibb, J., entered
August 26, 1991. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Pekelis, A.C.J., and Agid, J.